## STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. WALTER GROSSMICK, DEFENDANT-APPELLANT.

Argued October 17, 1977—Decided November 2, 1977.

*Mr. Ronald Nelinson,* Designated Counsel, argued the cause for appellant (*Mr. Stanley C. Van Ness,* Public Defender, attorney).

*Mr. Steven M. Ingis,* Deputy Attorney General, argued the cause for respondent (*Mr. William F. Hyland,* Attorney General of New Jersey, attorney).

PER CURIAM. The judgment is affirmed substantially for the reasons expressed in the majority opinion of the Appellate Division, 153 *N. J. Super.* 190.

*For affirmance*—Chief Justice HUGHES and Justices MOUNTAIN, SULLIVAN, PASHMAN, CLIFFORD and SCHREIBER—6.

*For reversal*—None.